UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES STACY BUSH, | ) | NO. CV 13-3467-AB (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| A. AMY MILLER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition in this matter is denied on the merits with prejudice.

DATED: January 30, 2017

_____
ANDRÉ BIROTTE JR.
United States District Judge